```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09158
    DAVID GRIFFIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2401


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/18/2007 and was not confirmed.

    The case was dismissed without confirmation 07/16/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE   UNSECURED          518.29           .00           .00
URBAN PROPERTY ADVISOR     UNSECURED        NOT FILED          .00           .00
RECEIVABLE PERFORMANCE     UNSECURED        NOT FILED          .00           .00
FORD MOTOR CREDIT          UNSECURED         5985.18           .00           .00
CHECK INTO CASH INC        UNSECURED        NOT FILED          .00           .00
ARONSON FURNITURE          UNSECURED        NOT FILED          .00           .00
FORD MOTOR CREDIT COMPAN   SECURED NOT I        .00            .00           .00
ARONSON FURNITURE          SECURED NOT I        .00            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          792.19           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00           .00
COLLEGIATE FUNDING SER     UNSECURED        NOT FILED          .00           .00
AMERICAN GENERAL FINANCI   UNSECURED        NOT FILED          .00           .00
PREMIER BANKCARD           UNSECURED          408.66           .00           .00
PRO SE DEBTOR              DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------     --------------
TOTALS                         .00                .00




                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09158 DAVID GRIFFIN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE